ELIZABETH HANNIFORD et al., Individually and on Behalf of All Other Taxpayers Similarly Affected, et al., Appellants, v. CITY PLANNING COMMISSION OF THE CITY OF NEW YORK et al., Respondents.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

NEW YORK INDUSTRIES, INC., Respondent-Appellant, v. MORRIS J. SILVERMAN et al., Appellants-Respondents.— Order unanimously affirmed. No opinion. Present — Cohn, J. P., Callahan, Breitel and Botein, JJ.

In the Matter of the Arbitration between PARLON INTERNATIONAL CORP., Respondent, and DUTCH-AMERICAN RAW MATERIALS CORPORATION, Appellant.— Order unanimously affirmed. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

In the Matter of the Arbitration between PARLON INTERNATIONAL CORP., Respondent, and DUTCH-AMERICAN RAW MATERIALS CORPORATION, Appellant.— Order unanimously affirmed. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

In the Matter of the Arbitration between PARLON INTERNATIONAL CORP., Respondent, and DUTCH-AMERICAN RAW MATERIALS CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

JOSEPH BERNHAM v. BERNHAM-STEIN FURS, INC., et al.— Motion granted, with $10 costs, and the stay contained in the order of this court dated November 10, 1953, vacated. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

IRVING GARFINKEL v. IRVING COOPER, Doing Business as COOPER WOODCRAFT Co., et al.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HUGO LEFKOWITZ against ELSA LEFKOWITZ.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

JOHN PAWLUK v. WILLIAM SLUCHAN.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

ALICE L. GOLDENSON v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.